# Exhibit E





2023 PANINI DONRUSS ELITE WWE TRADING CARD BOX (HOBBY)



Document title: Official WWE Wrestling Trading Cards | Panini America
Capture URL: https://www.paniniamerica.net/cards/trading-cards/wwe.html
Capture timestamp (UTC): Fri, 08 Sep 2023 17:45:49 GMT



   

SHOWING 10 OF 10 ITEM(S)

SORT RECENTLY LISTED

PANINI AUTHENTIC
HOLOGRAM LOOKUP

**FILTER BY**

PRICE +

SPORT +

"THE AMERICAN NIGHTMARE" CODY RHODES - 2023 PANINI INSTANT WWE #36 - VERSICOLOR /5

$ 49.99

SHAYNA BASZLER - 2023 PANINI INSTANT WWE #39 - VERSICOLOR /5

$ 29.99

SETH "FREAKIN" ROLLINS - 2023 PANINI INSTANT WWE #41 - VERSICOLOR /5

$ 29.99

ROMAN REIGNS - 2023 PANINI INSTANT WWE #44 - VERSICOLOR /5

$ 74.99

JIMMY USO - 2023 PANINI INSTANT WWE #45 - VERSICOLOR /5

$ 29.99

GUNTHER - 2023 PANINI INSTANT WWE #40 - VERSICOLOR /5

$ 49.99

STORE   BLOCKCHAIN   REWARDS   RELEASES   FAQS   SUPPORT



GUNTHER - 2023 PANINI INSTANT WWE #40 - BLACK 1/1

$ 149.99



BIANCA BELAIR - 2023 PANINI INSTANT WWE #42 - VERSICOLOR /5

$ 29.99



DOMINIK MYSTERIO - 2023 PANINI INSTANT WWE #33 - VERSICOLOR /5

$ 49.99



CARMELO HAYES - 2023 PANINI INSTANT WWE #35 - VERSICOLOR /5

$ 49.99

OFFICIALLY LICENSED

      

     

BACK TO TOP



TRADING CARD BOX (HOBBY)

BOX (HOBBY)

BOX (HOBBY)

2023 PANINI DONRUSS FIFA WOMENS WORLD CUP TRADING CARD BOX (HOBBY BLASTER)

2023 PANINI DONRUSS ELITE WWE TRADING CARD BOX (HOBBY)

2023 PANINI CHRONICLES UFC TRADING CARD BOX (HOBBY)

2022-23 PANINI FLUX NBA TRADING CARD BOX (HOBBY)

2023 PANINI ORIGINS NFL TRADING CARD BOX (HOBBY)

2023 PANINI CHRONICLES BASEBALL TRADING CARD BOX (HOBBY)









Search entire store here...

STICKERS & TRADING CARDS BLOCKCHAIN

Home > Stickers & Trading Cards > Collections > Missing Stickers and Cards

# Missing Stickers and Cards

Items 1-12 of 103 IS SALEABLE: YES ✕ SORT FILTER

FIFA Women's World Cup Australia/New Zealand 2023™ - missing stickers

Stickers and Cards

$0.50

ADD TO CART

Basket NBA 2022-23 - missing stickers

Stickers and Cards

$0.50

ADD TO CART

The Amazing Spiderman - 60th Anniversary - missing stickers

Stickers and Cards

$0.50

ADD TO CART

Disney Princess 2022 - Today is magical - missing stickers

Stickers and Cards

$0.40

ADD TO CART

Marvel Versus - missing stickers

Stickers and Cards

$0.40

ADD TO CART

FIFA World Cup Qatar 2022™ - missing stickers

Stickers and Cards

$0.40

ADD TO CART

World Wrestling Ent. - missing stickers

Stickers and Cards

$0.40

ADD TO CART

NFL 2022-23 - missing stickers

Stickers and Cards

$0.40

ADD TO CART

Privacy - Terms

PANINI

wwe

STICKERS & TRADING CARDS BLOCKCHAIN

Home > Search results for: 'wwe'

# Search results for: 'wwe'

**2 Items**

SORT FILTER

**World Wrestling Ent. - missing stickers**

Stickers and Cards

**$0.40**

ADD TO CART

**World Wrestling Ent.**

Complete Collections

English

**$83.00**

ADD TO CART

**YOUR PURCHASES**

Login / Register

Delivery terms and costs

Payment methods

FAQ

**PANINI**

Panini Group

Panini App

Adrenalyn XL™

MyPanini™

Contact us

PANINI S.P.A. - Single Shareholder - Viale Emilio Po, 380 - 41126 Modena Italia - Share capital €100.000.000,00 - Tax Number 02796411201 - VAT number IT02796411201 - Chamber of Commerce registration Number 411936. Management and coordination as per Article 2497 of the Civil Code: I.D.4 ITALIA S.r.l. - Company registration number (Bologna) and fiscal code 03422531206

PANINI S.P.A. and the other Panini Group subsidiaries could activate promotions targeted to their respective consumers. Consumers interested in knowing more about the specific market promotions can visit the Panini country websites and participate in the promotion initiatives in accordance with the respective local rules and laws

**Privacy Policy** **Terms & Conditions**

**Manage Cookies**

Privacy - Terms

EN | SIGN IN

PANINI

STORE BLOCKCHAIN REWARDS RELEASES FAQS SUPPORT

HOME

PANINI AUTHENTIC HOLOGRAM LOOKUP

FILTER BY

PRICE +

SPORT +

SEARCH RESULTS FOR "WWE"

SHOWING 12 OF 12 ITEM(S)

NOAM DAR - 2022 CHRONICLES WWE SIGNATURES RED

150 POINTS

CARMELO HAYES - 2023 PANINI INSTANT WWE #35 - VERSICOLOR /5

$ 49.99

DOMINIK MYSTERIO - 2023 PANINI INSTANT WWE #33 - VERSICOLOR /5

$ 49.99

COMING SOON

2023 PANINI DONRUSS ELITE WWE TRADING CARD BOX (HOBBY)

BIANCA BELAIR - 2023 PANINI INSTANT WWE #42 - VERSICOLOR /5

$ 29.99

GUNTHER - 2023 PANINI INSTANT WWE #40 - BLACK 1/1

$ 149.99

Privacy - Terms

EN | SIGN IN

STORE  BLOCKCHAIN  REWARDS  RELEASES  FAQS  SUPPORT





**GUNTHER - 2023 PANINI INSTANT WWE #40 - VERSICOLOR /5**
$ 49.99

**JIMMY USO - 2023 PANINI INSTANT WWE #45 - VERSICOLOR /5**
$ 29.99

**ROMAN REIGNS - 2023 PANINI INSTANT WWE #44 - VERSICOLOR /5**
$ 74.99





**SETH "FREAKIN" ROLLINS - 2023 PANINI INSTANT WWE #41 - VERSICOLOR /5**
$ 29.99

**SHAYNA BASZLER - 2023 PANINI INSTANT WWE #39 - VERSICOLOR /5**
$ 29.99

**"THE AMERICAN NIGHTMARE" CODY RHODES - 2023 PANINI INSTANT WWE #36 - VERSICOLOR /5**
$ 49.99

OFFICIALLY LICENSED

      

     

BACK TO TOP

  EN | SIGN IN  

STORE   BLOCKCHAIN   REWARDS   RELEASES   FAQS   SUPPORT

**GUNTHER - 2023 PANINI INSTANT WWE #40 - VERSICOLOR /5**

$ 49.99

**JIMMY USO - 2023 PANINI INSTANT WWE #45 - VERSICOLOR /5**

$ 29.99

**ROMAN REIGNS - 2023 PANINI INSTANT WWE #44 - VERSICOLOR /5**

$ 74.99





**SETH "FREAKIN" ROLLINS - 2023 PANINI INSTANT WWE #41 - VERSICOLOR /5**

$ 29.99

**SHAYNA BASZLER - 2023 PANINI INSTANT WWE #39 - VERSICOLOR /5**

$ 29.99

**"THE AMERICAN NIGHTMARE" CODY RHODES - 2023 PANINI INSTANT WWE #36 - VERSICOLOR /5**

$ 49.99

### OFFICIALLY LICENSED

      

    

©2023 All rights are reserved.

Follow us on:

CAMPAIGNS | GLOSSARY | PANINI GROUP | PRIVACY POLICY | TERMS & CONDITIONS | PANINI CODE OF ETHICS | GENERAL CONFORMITY CERTIFICATES | PANINI EVENTS | SITEMAP

BACK TO TOP



 EN | SIGN IN

STORE   BLOCKCHAIN   REWARDS   RELEASES   FAQS   SUPPORT

## SUBSCRIBE

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Email*

Subscribe

## FILTER BY

Select Month

Category

## PANINI SOCIAL

## RECENT POSTS

Bristol Brings It All: Saturday Night Short-Track Elimination Race

Panini Weekly Redemption Card Updates: September 11-15- Caleb Williams, Cristiano Ronaldo, Aaron Judge, Brock Lesnar

College Stars Become an Instant Hit in 2023

Best of 2022-23 NBA Inserts is Coming to Panini Blockchain!

Plates and Patches Kicks Off NFL Excitement

Stick the Landing with Panini

September 15, 2023 by Gena Terranova

**Panini Weekly Redemption Card Updates: September 11-15- Caleb Williams, Cristiano Ronaldo, Aaron Judge, Brock Lesnar**

 

 

In an effort to keep collectors updated on the status of those **Panini America** redemption cards that are currently being processed, like the one included in the attachments below, detailing the most recent cards being fulfilled last week.

Check back every Friday afternoon for an updated list.

The following list is intended to inform collectors about which redemption cards from which products are being processed this week. We'll update this list every week so stay tuned next week if you don't see your card here.

These weekly reports often include "rebatched" redemptions — cards from widely broken products that have been previously redeemed but required subsequent shipments due to high volume. In some cases, the cards listed have been fulfilled with replacement cards.

If you have specific redemption questions, you can contact the Panini America Customer Service

Panini Redemptions September 11-September 15, 2023

Download as PDF

For additional recent updates, click on the following links:

Panini Weekly Redemption Card Updates: September 4-8- Cameron Thomas, Kenneth Walker III, Heung-Min Son

Panini Weekly Redemption Card Updates: August 28-Sept 1 Dirk Nowitzki, Jarren Duran, Sam Howell

Panini Weekly Redemption Card Updates: August 28-Sept 1 Dirk Nowitzki, Jarren Duran, Sam Howell

Panini Weekly Redemption Card Updates: August 21-25 Justin Fields, Oscar

    

STORE  BLOCKCHAIN  REWARDS  RELEASES  FAQS  SUPPORT



**FILTER BY**

Select Month

Category

**PANINI SOCIAL**



**RECENT POSTS**



Bristol Brings It All: Saturday Night Short-Track Elimination Race

Panini Weekly Redemption Card Updates: September 11-15- Caleb Williams, Cristiano Ronaldo, Aaron Judge, Brock Lesnar

College Stars Become an Instant Hit in 2023

Best of 2022-23 NBA Inserts is Coming to Panini Blockchain!

Plates and Patches Kicks Off NFL Excitement

Stick the Landing with Panini

 

 

In an effort to keep collectors updated on the status of those **Panini America** redemption cards that are currently being processed, like the one included in the attachments below, detailing the most recent cards being fulfilled last week.

Check back every Friday afternoon for an updated list.

The following list is intended to inform collectors about which redemption cards from which products are being processed this week. We'll update this list every week so stay tuned next week if you don't see your card here.

These weekly reports often include "rebatched" redemptions — cards from widely broken products that have been previously redeemed but required subsequent shipments due to high volume. In some cases, the cards listed have been fulfilled with replacement cards.

If you have specific redemption questions, you can contact the Panini America Customer Service

Panini Redemptions September 11-September 15, 2023

Download as PDF

For additional recent updates, click on the following links:

Panini Weekly Redemption Card Updates: September 4-8- Cameron Thomas, Kenneth Walker III, Heung-Min Son

Panini Weekly Redemption Card Updates: August 28-Sept 1 Dirk Nowitzki, Jarren Duran, Sam Howell

Panini Weekly Redemption Card Updates: August 28-Sept 1 Dirk Nowitzki, Jarren Duran, Sam Howell

Panini Weekly Redemption Card Updates: August 21-25 Justin Fields, Oscar

  







HOME > STORE

SEARCH RESULTS FOR "WWE"

SHOWING 11 OF 11 ITEM(S)

SORT RECENTLY LISTED

PANINI AUTHENTIC HOLOGRAM LOOKUP

FILTER BY

PRICE +

SPORT +

"THE AMERICAN NIGHTMARE" CODY RHODES - 2023 PANINI INSTANT WWE #36 - VERSICOLOR /5

$ 49.99

SHAYNA BASZLER - 2023 PANINI INSTANT WWE #39 - VERSICOLOR /5

$ 29.99

SETH "FREAKIN" ROLLINS - 2023 PANINI INSTANT WWE #41 - VERSICOLOR /5

$ 29.99

ROMAN REIGNS - 2023 PANINI INSTANT WWE #44 - VERSICOLOR /5

$ 74.99

JIMMY USO - 2023 PANINI INSTANT WWE #45 - VERSICOLOR /5

$ 29.99

GUNTHER - 2023 PANINI INSTANT WWE #40 - VERSICOLOR /5

$ 49.99

COMING SOON

Privacy - Terms

EN | SIGN IN

STORE   BLOCKCHAIN   REWARDS   RELEASES   FAQS   SUPPORT



GUNTHER - 2023 PANINI INSTANT WWE #40 - BLACK 1/1

$ 149.99



BIANCA BELAIR - 2023 PANINI INSTANT WWE #42 - VERSICOLOR /5

$ 29.99



2023 PANINI DONRUSS ELITE WWE TRADING CARD BOX (HOBBY)



DOMINIK MYSTERIO - 2023 PANINI INSTANT WWE #33 - VERSICOLOR /5

$ 49.99



CARMELO HAYES - 2023 PANINI INSTANT WWE #35 - VERSICOLOR /5

$ 49.99

OFFICIALLY LICENSED

      

     

BACK TO TOP



EN | SIGN IN

STORE  BLOCKCHAIN  REWARDS  RELEASES  FAQS  SUPPORT

**GUNTHER - 2023 PANINI INSTANT WWE #40 - BLACK 1/1**

$ 149.99

**BIANCA BELAIR - 2023 PANINI INSTANT WWE #42 - VERSICOLOR /5**

$ 29.99

**2023 PANINI DONRUSS ELITE WWE TRADING CARD BOX (HOBBY)**





**DOMINIK MYSTERIO - 2023 PANINI INSTANT WWE #33 - VERSICOLOR /5**

$ 49.99

**CARMELO HAYES - 2023 PANINI INSTANT WWE #35 - VERSICOLOR /5**

$ 49.99

### OFFICIALLY LICENSED

      

    

©2023 All rights are reserved.

Follow us on:

CAMPAIGNS | GLOSSARY | PANINI GROUP | PRIVACY POLICY | TERMS & CONDITIONS | PANINI CODE OF ETHICS | GENERAL CONFORMITY CERTIFICATES | PANINI EVENTS | SITEMAP

BACK TO TOP










EN | SIGN IN

PANINI

STORE BLOCKCHAIN REWARDS RELEASES FAQS SUPPORT

BIANCA BELAIR - 2023 PANINI INSTANT WWE #42 - VERSICOLOR /5

$ 29.99

OFFICIALLY LICENSED

©2023 All rights are reserved.

Follow us on:

CAMPAIGNS | GLOSSARY | PANINI GROUP | PRIVACY POLICY | TERMS & CONDITIONS | PANINI CODE OF ETHICS | GENERAL CONFORMITY CERTIFICATES | PANINI EVENTS | SITEMAP

Privacy - Terms

