# Exhibit F

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3441

WRITER'S DIRECT FACSIMILE
(212) 492-0441

WRITER'S DIRECT E-MAIL ADDRESS
glaufer@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

September 8, 2023

**By Email**

James P. Denvir
Boies, Schiller & Flexner LLP
1401 New York Ave, NW
Washington DC 20005
jdenvir@bsfllp.com

      ***Re: WWE-Panini Consumer Product License Agreement***

Dear Jim:

    We represent World Wrestling Entertainment, Inc. ("WWE") and write in connection with WWE's letters dated August 25 and August 31, 2023, regarding WWE's termination of the Consumer Product License Agreement, dated January 1, 2022 (the "Agreement"), between WWE and your client Panini S.p.A. ("Panini").

    It has come to our attention that Panini is infringing WWE's intellectual property interests by, among other things, continuing to sell, advertise, and/or distribute certain WWE products, many of which continue to be listed on Panini's website, without WWE's authorization and in violation of Panini's obligations to WWE under Sections L(2) and L(3) of the Agreement. *See, e.g.*, Ex. A. Panini should immediately

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

cease any such infringing activity and comply with all of the Agreement's provisions relating to termination of the Agreement, including:

- Section L(2) of the Agreement, which requires Panini to immediately cease manufacturing any WWE Licensed Products and to deliver to WWE, at no cost, any remaining inventory of Licensed Products;

- Sections 4(c)(ii) and L(2) of the Agreement, which provides that Panini shall ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ ; and

- Section 6 of the Agreement, which provides that Panini (along with its parent, subsidiaries, affiliates, successors, assigns and related companies) ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

WWE also demands that Panini take all appropriate steps to retain all documents and other materials in whatever format that could be potentially relevant to this matter.

Please confirm in writing by **5:00PM (ET) on September 13, 2023**, that Panini will comply with all of the above and any other obligations under the Agreement.

Sincerely,

*Gregory Laufer*

Gregory F. Laufer

cc: Daniel J. Kramer

# Exhibit A







   

STORE   BLOCKCHAIN   REWARDS   RELEASES   FAQS   SUPPORT



GUNTHER - 2023 PANINI INSTANT WWE #40 - BLACK 1/1

$ 149.99



BIANCA BELAIR - 2023 PANINI INSTANT WWE #42 - VERSICOLOR /5

$ 29.99



DOMINIK MYSTERIO - 2023 PANINI INSTANT WWE #33 - VERSICOLOR /5

$ 49.99



CARMELO HAYES - 2023 PANINI INSTANT WWE #35 - VERSICOLOR /5

$ 49.99

OFFICIALLY LICENSED

      

     

BACK TO TOP





Search entire store here...

STICKERS & TRADING CARDS    BLOCKCHAIN

Home > Stickers & Trading Cards > Collections > Missing Stickers and Cards

# Missing Stickers and Cards

Items 1-12 of 103    IS SALEABLE: YES ✕                    SORT    FILTER



**FIFA Women's World Cup Australia/New Zealand 2023™ - missing stickers**
Stickers and Cards
$0.50
ADD TO CART



**Basket NBA 2022-23 - missing stickers**
Stickers and Cards
$0.50
ADD TO CART



**The Amazing Spiderman - 60th Anniversary - missing stickers**
Stickers and Cards
$0.50
ADD TO CART



**Disney Princess 2022 - Today is magical - missing stickers**
Stickers and Cards
$0.40
ADD TO CART



**Marvel Versus - missing stickers**
Stickers and Cards
$0.40
ADD TO CART



**FIFA World Cup Qatar 2022™ - missing stickers**
Stickers and Cards
$0.40
ADD TO CART



**World Wrestling Ent. - missing stickers**
Stickers and Cards
$0.40
ADD TO CART



**NFL 2022-23 - missing stickers**
Stickers and Cards
$0.40
ADD TO CART

# PANINI

wwe

STICKERS & TRADING CARDS    BLOCKCHAIN

Home > Search results for: 'wwe'

# Search results for: 'wwe'

2 Items                                                                                     SORT    FILTER



**World Wrestling Ent. - missing stickers**
Stickers and Cards
$0.40
ADD TO CART

**World Wrestling Ent.**
Complete Collections
English
$83.00
ADD TO CART

YOUR PURCHASES                                      PANINI

Login / Register                                    Panini Group

Delivery terms and costs                            Panini App

Payment methods                                     Adrenalyn XL™

FAQ                                                 MyPanini™

                                                    Contact us

PANINI S.P.A. - Single Shareholder - Viale Emilio Po, 380 - 41126 Modena Italia - Share capital €100.000.000,00 - Tax Number 02796411201 - VAT number IT02796411201 - Chamber of Commerce registration Number 411936. Management and coordination as per Article 2497 of the Civil Code: I.D.4 ITALIA S.r.l. - Company registration number (Bologna) and fiscal code 03422531206

PANINI S.P.A. and the other Panini Group subsidiaries could activate promotions targeted to their respective consumers. Consumers interested in knowing more about the specific market promotions can visit the Panini country websites and participate in the promotion initiatives in accordance with the respective local rules and laws

**Privacy Policy**   **Terms & Conditions**

Manage Cookies