# Exhibit H

| | |
|---|---|
| **From:** | James P. Denvir |
| **To:** | Laufer, Gregory |
| **Cc:** | Kramer, Daniel J |
| **Subject:** | RE: WWE/Panini |
| **Date:** | Friday, September 15, 2023 12:10:58 PM |

I don't think so. Probably Monday.

**From:** Laufer, Gregory <glaufer@paulweiss.com>
**Sent:** Friday, September 15, 2023 12:04 PM
**To:** James P. Denvir <JDenvir@bsfllp.com>
**Cc:** Kramer, Daniel J <dkramer@paulweiss.com>
**Subject:** RE: WWE/Panini

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Jim,

We should we expect to hear from you today?

Greg

**Gregory Laufer** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3441 (Direct Phone) | 212 492 0441 (Direct Fax)
glaufer@paulweiss.com | www.paulweiss.com

**From:** James P. Denvir <JDenvir@bsfllp.com>
**Sent:** Friday, September 15, 2023 8:21 AM
**To:** Laufer, Gregory <glaufer@paulweiss.com>
**Cc:** Kramer, Daniel J <dkramer@paulweiss.com>
**Subject:** Re: WWE/Panini

I did get your email.

Get Outlook for Android

**From:** Laufer, Gregory <glaufer@paulweiss.com>
**Sent:** Friday, September 15, 2023 8:16:03 AM
**To:** James P. Denvir <JDenvir@bsfllp.com>
**Cc:** Kramer, Daniel J <dkramer@paulweiss.com>
**Subject:** RE: WWE/Panini

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Jim — can you please confirm receipt of my email below given what you told me yesterday about not getting my prior emails before yesterday? I will call you soon to confirm if I don't hear back. Thanks.

**Gregory Laufer** | Partner (Bio)

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064

212 373 3441 (Direct Phone) | 212 492 0441 (Direct Fax)

glaufer@paulweiss.com | www.paulweiss.com

---

**From:** Laufer, Gregory <glaufer@paulweiss.com>
**Date:** Thursday, Sep 14, 2023 at 6:11 PM
**To:** James P. Denvir <JDenvir@bsfllp.com>
**Cc:** Kramer, Daniel J <DKramer@paulweiss.com>
**Subject:** WWE/Panini

Jim,

Thanks for your email below. Just to recap our call earlier today, you said that you had not received the two emails I had sent you previously attaching letters on behalf of WWE. I understand you're saying you now have them. (I'm attaching them here for reference).

As I said on our call, we'd like a response to our letter by tomorrow. Given that the individuals you've described as the decisionmakers at Panini are six hours ahead in Italy, we expect you can respond by noon Eastern tomorrow (Friday), but at a minimum by some point tomorrow (preferably before the Jewish holidays begin tomorrow late afternoon as some of our team members are observing).

Relatedly, you mentioned on our call that Panini has been engaged in efforts to transition the license to Fanatics. Although the demand in our prior letter stands and we still expect compliance by tomorrow, if Panini wants to accelerate any such efforts, we are prepared to discuss that subject.

Best,

Greg

**Gregory Laufer** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3441 (Direct Phone) | 212 492 0441 (Direct Fax)
glaufer@paulweiss.com | www.paulweiss.com

---

**From:** James P. Denvir <JDenvir@bsfllp.com>
**Sent:** Thursday, September 14, 2023 3:54 PM
**To:** Laufer, Gregory <glaufer@paulweiss.com>
**Subject:** Re: Your call

Got the letters.

Get Outlook for Android

---

**From:** Laufer, Gregory <glaufer@paulweiss.com>
**Sent:** Thursday, September 14, 2023 2:45:57 PM
**To:** James P. Denvir <JDenvir@bsfllp.com>
**Subject:** RE: Your call

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Just tried you.  917 715 2539.

**Gregory Laufer** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3441 (Direct Phone) | 212 492 0441 (Direct Fax)
glaufer@paulweiss.com | www.paulweiss.com

---

**From:** James P. Denvir <JDenvir@bsfllp.com>
**Date:** Thursday, Sep 14, 2023 at 1:28 PM
**To:** Laufer, Gregory <glaufer@paulweiss.com>
**Subject:** Your call

Can you call me back at 202-841-1996 (my cell)?   I will be leaving about 3:30m pm for a dentists appointment.

James P. Denvir
Partner
Boies Schiller Flexner
Phone: 202-895-7560
Mobile: 202-841-1996

Email: jdenvir@bsfllp.com
1401 New York Ave. NW
Washington, DC 20005

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]