# Exhibit I

**Attachments:** image001.jpg; image002.jpg; image003.png; image004.jpg; WWE Licensed Partner Revenue Estimate_Q3 2023_Panini America_09.14.23_SENT.xlsx

**From:** Jennifer Stepp <jstepp@paniniamerica.net>
**Date:** September 15, 2023 at 7:17:37 PM EDT
**To:** Terry McGovern <Terrence.McGovern@wwecorp.com>, "Lu, Jie" <Jie.Lu@wwecorp.com>, wwelicensing <wwelicensing@wwecorp.com>, "Kahn, Matthew" <Matthew.Kahn@wwecorp.com>, Cristin Hayes <Cristin.Hayes@wwecorp.com>, Steven Pantaleo <Steven.Pantaleo@wwecorp.com>
**Cc:** Mark Warsop <mwarsop@paniniamerica.net>, Robert Hull <rhull@paniniamerica.net>, Meghan Mattrisch <mmattrisch@paniniamerica.net>, Jennifer Stepp <jstepp@paniniamerica.net>
**Subject: RE: WWE 2023 Q3 Forecast**

**[EXTERNAL EMAIL]**

Hi All,

Per our previously stated commitment, please find, attached our updated forecast, through August.

Thanks,

Jenn

Jennifer Stepp
**Vice President of Finance**
**Panini America, Inc.**

Direct: 817.662.5305
5325 FAA Blvd | Suite 100 | Irving, TX 75061
Email: jstepp@paniniamerica.net

---

**From:** Jennifer Stepp <jstepp@paniniamerica.net>
**Sent:** Thursday, August 17, 2023 10:52 AM
**To:** Terry McGovern <Terrence.McGovern@wwecorp.com>; Lu, Jie <Jie.Lu@wwecorp.com>; wwelicensing <wwelicensing@wwecorp.com>; Kahn, Matthew <Matthew.Kahn@wwecorp.com>; Cristin Hayes <Cristin.Hayes@wwecorp.com>; Steven Pantaleo <Steven.Pantaleo@wwecorp.com>
**Cc:** Mark Warsop <mwarsop@paniniamerica.net>; Robert Hull <rhull@paniniamerica.net>; Meghan Mattrisch <mmattrisch@paniniamerica.net>; Jennifer Stepp <jstepp@paniniamerica.net>
**Subject:** RE: WWE 2023 Q3 Forecast

Hi Terry,

We are happy to help.  That additional request should certainly be something we slot into our monthly deliverables, should the need arise.

Have a great week.

Thanks,

Jenn


Jennifer Stepp
**Vice President of Finance**
**Panini America, Inc.**

Direct: 817.662.5305
5325 FAA Blvd | Suite 100 | Irving, TX 75061
Email: jstepp@paniniamerica.net

<image001.jpg>

2