# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET NUMBER: **23 CV 08371**

DATE FILED: **SEP 2 1 2023**

SIGNED BY: JUDGE VYSKOCIL

DATE SIGNED: **SEP 2 1 2023**

23 MC 349                              S - Issued

TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

✓ OTHER DOCUMENTS/EXHIBITS