USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, LLC, f/k/a WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                  Plaintiff,<br><br>                  v.<br><br>PANINI S.P.A.,<br><br>                  Defendant. | Case No. 23-CV-8371<br><br>**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER** |

        Upon the Summons and Complaint, together with the accompanying Declarations of Scott Zanghellini ("Zanghellini Declaration") and Gregory F. Laufer ("Laufer Declaration"), and any exhibits thereto, and the Memorandum of Law in Support of WWE's Motion for a Preliminary Injunction and a Temporary Restraining Order ("Memorandum of Law"), it is hereby:

        **ORDERED** that Defendant Panini S.p.A. show cause at a hearing to be held in this Court before the Honorable Valerie Caproni, United States District Judge, in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007 on **Friday, September 22, 2023**, at **2:45 P.M.**, why an order should not be entered granting Plaintiff World Wrestling Entertainment, LLC (f/k/a World Wrestling Entertainment, Inc.) ("WWE") a temporary restraining order, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the Court's inherent powers, temporarily restraining Defendant, its agents, servants, employees, directors, officers and representatives, and all persons or entities acting in concert or participation with Defendant:

        1.    from manufacturing, producing, distributing, advertising, promoting, selling, or offering for sale any product bearing:

            (a)    any of WWE's trademarks;

(b) any of WWE's copyrights; and/or

(c) any other intellectual property owned by WWE;

2. from representing on its website (or the website of its subsidiaries or affiliates) or otherwise that Defendant if officially licensed by WWE; and

3. from aiding or abetting any party or third party in the commission of the acts specified in subparagraphs 1(a)–(c) or 2 above; and it is

**FURTHER ORDERED** that delivery or transmission of this Order to Show Cause for a Temporary Restraining Order, together with the Summons, Complaint, Zanghellini Declaration, Laufer Declaration, and the Memorandum of Law, to Defendant's counsel by hand, facsimile or electronic mail by **September 21, 2023, at 7:30 P.M.**, shall be deemed good and sufficient service, and that proof of service be filed by **September 22, 2023, at 9:00 A.M.**; and it is

**FURTHER ORDERED** that any papers in opposition to this Order to Show Cause shall be filed on ECF and served on WWE's counsel by hand, facsimile or electronic mail, no later than **September 22, 2023, at 12:00 P.M.** Any motion to file the opposition papers under seal or in redacted form must be made in accordance with Rule 5 of the Undersigned's Individual Practices.

Dated: September 21, 2023
New York, New York

_____
Hon. Valerie Caproni
United States District Judge