# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

World Wrestling Entertainment, LLC f/k/a
World Wrestling Entertainment, Inc.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-08371-VEC |
| Panini S.p.A. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Panini S.p.A.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-08324-LGS |
| World Wrestling Entertainment, Inc. | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open (If so, set forth procedural status and summarize any court rulings.)

Complaint filed September 20, 2023. Case initiated same day and summons requested.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Panini S.p.A. and World Wrestling Entertainment, Inc. have for weeks been in discussions regarding WWE's purported termination of its contract with Panini. As Panini was filing its Complaint in this court, it received email notice that WWE, "later today," would seek "to enjoin Panini from using WWE's intellectual property." Both cases seek to establish whether WWE's purported termination of Panini's license to use WWE intellectual property was proper. The parties are the same in both cases. And the facts giving rise to both matters are the same. Accordingly, the cases are related and should be consolidated.

Signature: s/ Eric Brenner                    Date: 9/21/2023

Firm: Boies Schiller Flexner LLP