UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, LLC f/k/a WORLD WRESTLING ENTERTAINMENT, INC.<br><br>     Plaintiff,<br><br>  v.<br><br>PANINI S.P.A.<br>     Defendant. | Case No. **1:23-cv-08371-VEC**<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney, Eric J. Brenner who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Panini S.P.A. in the above-captioned proceeding.

Dated: New York, New York
   September 21, 2023

               BOIES SCHILLER FLEXNER LLP

          By: /s/ *Eric J. Brenner*
             Eric J. Brenner
             55 Hudson Yards
             New York, NY 10001
             Telephone: (212)446-2300
             Fax: (212)446-2350
             ebrenner@bsfllp.com

             *Attorney for Defendant*
             *Panini S.P.A.*