UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, LLC, f/k/a WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PANINI S.P.A.,<br><br>　　　　　　Defendant. | Case No. 23-CV-08371 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiff World Wrestling Entertainment, LLC in the above-captioned matter.

Dated: New York, New York
　　　　September 21, 2023

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

　　　　　　　　　　　　　　　　By: /s/ Samantha A. Weinberg
　　　　　　　　　　　　　　　　　　　Samantha A. Weinberg

　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　　　　　　　　Phone: (212) 373-3000
　　　　　　　　　　　　　　　　Fax: (212) 757-3990
　　　　　　　　　　　　　　　　Email: sweinberg@paulweiss.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff World Wrestling Entertainment, LLC*