UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, LLC, f/k/a WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PANINI S.P.A.,<br><br>　　　　　Defendant. | Case No. 23-CV-08371 |

## CERTIFICATE OF SERVICE

I certify that on September 21, 2023, I served by electronic mail upon Defendant Panini's counsel Jessica Mugler, Esq. (JMugler@bsfllp.com); James P. Denvir, Esq. (JDenvir@bsfllp.com); Stuart Singer, Esq. (SSinger@bsfllp.com); William Harvey, Esq. (WHarvey@bsfllp.com); and Eric Brenner, Esq. (EBrenner@bsfllp.com) in this matter a true and correct copy of the signed Order to Show Cause, Summons, Complaint with Exhibits (redacted and sealed versions), Zanghellini Declaration (redacted and sealed versions), Laufer Declaration, and Memorandum of Law (redacted and sealed versions).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2023, in New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Samantha A. Weinberg___
　　　　　　　　　　　　　　　　　　　　Samantha A. Weinberg