USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WORLD WRESTLING ENTERTAINMENT, LLC, f/k/a WORLD WRESTLING ENTERTAINMENT, INC.,

        Plaintiff,

v.

PANINI S.P.A.,

        Defendant.

---

Case No. 23-CV-8371

**ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 20, 2023, Panini S.P.A. ("Panini") sued World Wrestling Entertainment, Inc. ("WWE"), seeking a declaratory judgment based on allegations that WWE had breached and wrongfully terminated the parties' contract, *see* Compl., Dkt. 1, *Panini S.P.A. v. World Wrestling Ent., Inc.*, No. 23-CV-8324 (S.D.N.Y. 2023);

WHEREAS on September 21, 2023, WWE sued Panini and moved for a temporary restraining order ("TRO"), alleging, *inter alia*, that Panini breached the parties' contract, *see* Compl., Dkt. 1; and

WHEREAS the Court ordered Panini to respond to WWE's motion for a TRO by 12:00 P.M. on Friday, September 22, 2023, Order, Dkt. 4.

IT IS HEREBY ORDERED that Panini's time to respond to WWE's motion for a temporary restraining order is extended to **5:00 P.M. on Friday, September 22, 2023**.

IT IS FURTHER ORDERED that the Clerk of Court will TRANSFER this case to Judge Schofield on September 22, 2023, because it is related to the earlier case numbered 23-CV-8324. Judge Schofield will set all further court appearances and deadlines in this matter.

**SO ORDERED.**

**Date: September 21, 2023**
**New York, NY**

                              **VALERIE CAPRONI**
                              **United States District Judge**