UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, LLC f/k/a WORLD WRESTLING ENTERTAINMENT, INC.<br><br>               Plaintiff,<br><br>   v.<br><br>PANINI S.P.A.<br>               Defendant. | Case No. **1:23-cv-08371-LGS**<br><br>[rel. 1:23-cv-08324-LGS]<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney, William J. Harvey, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Panini S.p.A. in the above-captioned proceeding.

Dated: New York, New York
September 22, 2023

                          BOIES SCHILLER FLEXNER LLP

By:    */s/ William J. Harvey*
         William J. Harvey
         1401 New York Avenue, N.W.
         Washington, DC 20005
         Telephone: (202) 237-2727
         Fax: (202) 237-6131
         wharvey@bsfllp.com

         *Attorney for Defendant*
         *Panini S.P.A.*