UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WORLD WRESTLING ENTERTAINMENT,                              :
LLC,                                                        :
                                                            :
                              Plaintiff,   :   23 Civ. 8371 (LGS)
                                                            :
                -against-                                :   <u>ORDER</u>
                                                            :
                                                            :
PANINI S.P.A.,                                              :
                           Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff moved for a temporary restraining order on September 21, 2023;

      WHEREAS, a show cause hearing was held on September 25, 2023.  It is hereby

      **ORDERED** that Plaintiff's motion for a temporary restraining order is DENIED for the reasons stated at the hearing.

Dated: September 25, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE