JUDGE CAPRONI

**23 CV 08371**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, LLC, f/k/a WORLD WRESTLING ENTERTAINMENT, INC. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. |
| v. | ) | |
| PANINI S.P.A. | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Panini, S.p.A.
Viale Emilio Po, 380
41126 Modena Italia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Daniel J. Kramer (dkramer@paulweiss.com)
Gregory F. Laufer (glaufer@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

_CLERK OF COURT_

Date:  SEP 2 1 2023 _____    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                  _____
                                                     *Server's signature*


                                          _____
                                                     *Printed name and title*


                                          _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD WRESTLING ENTERTAINMENT,
LLC, f/k/a WORLD WRESTLING
ENTERTAINMENT, INC.,

                Plaintiff,

                v.

PANINI S.P.A.,

                Defendant.

Case No. 1:23-cv-08371-LGS

## DECLARATION OF SAMANTHA A. WEINBERG FOR PROOF OF SERVICE

I, Samantha A. Weinberg, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am admitted to practice before this Court and am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiff World Wrestling Entertainment, LLC (f/k/a World Wrestling Entertainment, Inc.) ("WWE") in this proceeding.

2.    I respectfully submit this declaration as proof that Panini S.p.A. ("Panini") was served in a manner consistent with the waiver of personal service provision set forth in section N(13) of the Product License Agreement, dated January 1, 2022, between WWE and Panini (the "Agreement") attached as Exhibit A to the Complaint (ECF No. 1-1) in this action.

3.    On September 22, 2023, I served by email a copy of the summons and complaint on Panini's outside counsel in this matter.

4.    On September 22, 2023, I caused a hard copy of the summons and complaint to be sent to Panini via FedEx at Panini S.p.A., c/o Mr. Aldo Hugo Sallustro and Ms. Elisabetta Mussini,

Viale Emilio, Modena, IT, 41126.  According to the tracking information from FedEx, delivery of the summons and complaint was effectuated on September 26, 2023.

5.      I declare under the penalty of perjury that the foregoing is true and correct.


Executed on October 2, 2023, in New York, New York.


/s/ Samantha A. Weinberg _____
Samantha A. Weinberg

September 27, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 784130025733

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | A.ABID | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | MODENA, |
| | | Delivery date: | Sep 26, 2023 12:06 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 784130025733 | Ship Date: | Sep 22, 2023 |
| | | Weight: | 2.20 LB/1.0 KG |
| **Recipient:** | | **Shipper:** | |
| MODENA, IT, | | NEW YORK, NY, US, | |

| | |
|---|---|
| Reference | 023109.0002154999 |

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

Thank you for choosing FedEx

| | |
|---|---|
| **From:** | Weinberg, Samantha A. |
| **To:** | "wharvey@BSFLLP.com"; "EBrenner@BSFLLP.com" |
| **Cc:** | "ssinger@bsfllp.com"; "JDenvir@bsfllp.com"; "jmugler@BSFLLP.com"; Vance, Emily A; Laufer, Gregory; Kramer, Daniel J |
| **Subject:** | Service of Summons 23-CV-8371 |
| **Date:** | Friday, September 22, 2023 3:20:52 PM |
| **Attachments:** | Complaint (Unredacted) PDFA.pdf |
| | Ex. A (Unredacted) - Panini S.p.A. Consumer Products License Agreement PDFA.pdf |
| | Ex. B (Unredacted) - Termination letter PDFA.pdf |
| | Ex. C - 2023.08.29 Letter from BSF to WWE PDFA.pdf |
| | Ex. D - 2023.08.31 Letter from PW to BSF PDFA.pdf |
| | Ex. E - Panini Webpage Compilation PDFA.pdf |
| | Ex. F (Unredacted) - 2023.09.08 - PW Letter to BSF PDFA.pdf |
| | Ex. G - 2023.09.14 Email from G. Laufer to J. Denvir PDFA.pdf |
| | Ex. H - RE_ WWE_Panini PDFA.pdf |
| | Ex. I - 2023.09.15 forecast projections PDFA.pdf |
| | Ex. J - 2023.09.18 Letter from BSF (J. Denvir) to WWE PDFA.pdf |
| | Summon - 23cv8371.pdf |

Counsel –

Attached please find the Summons and Complaint – please confirm you will accept service.

**Samantha A. Weinberg** | Associate

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064

212 373 3750 (Direct Phone) | 212 492 0750 (Direct Fax)

sweinberg@paulweiss.com | www.paulweiss.com

*Pronouns: She/Her*