# Exhibit D

## Contact

www.linkedin.com/in/alex-carbajal-1959a886 (LinkedIn)
www.beckett.com/news/a-roller-coaster-toward-cardboard-panini-americas-alex-carbajal-trades-baseball-career-for-card-career/ (Other)

## Top Skills

Social Media
Sponsorship
Sports

## Languages

Spanish (Professional Working)

## Certifications

Personal Trainer

# Alex Carbajal

Bachelor of Arts at California State University-Chico
Dallas, Texas, United States

## Summary

Experienced Licenses Acquisition Manager with a demonstrated history of working in the sports industry. Skilled in contract negotiation and administration, licensing industry, professional and college sports management, cross functional team collaboration and communcations. Strong business development professional with a Bachelor of Science (BS) focused in Kinesiology and Exercise Science from California State University-Chico.

―――――

## Experience

Fanatics, Inc.
Director Athlete Relations
April 2023 - Present (7 months)
Dallas-Fort Worth Metroplex

Panini America
12 years 11 months

Sports Licenses Acquisitions Director
March 2022 - April 2023 (1 year 2 months)
United States

Sports Licenses Acquisitions Manager
June 2010 - March 2022 (11 years 10 months)
Point person for athletes, and player agents to advise, collaborate, negotiate and manage athlete contract licensing deals
Strategic collaboration and planning for sports programs with cross-functional teams regarding production costs, quality factors, schedules, and presentations
Work directly with cross-fuctional teams to develop annual purchasing budget and yearly product plan based on company's production needs
Manage global and local program launches, identify and track action items, and assign tasks to appropriate cross-functional teams
Collaborate on strategic solutions to evolving contractual obligations with internal and external partners

Develop and maintain new creative projects initiated by subsidiaries for new innovative product introductions

Communicate rights and obligations to ensure the company has fulfilled agreements with leagues, athletes, celebrities, and vendors

Designed and integrated customized database to track outbound/inbound shipments of athletes, payments, and department budgets

Coordinate and manage events featuring athletes and celebrities

Supervise a team of associate managers and fulfilment associates in day to day operations and long term project management

## UPPER DECK LTD
### Athlete Relations Coordinator- NHL
October 2007 - May 2010 (2 years 8 months)
Greater San Diego Area

Responsible for the acquisition and delivery of autographs for product releases

Cultivated and maintained relationships between the company and agents, athletes, professional sports affiliates, and other personalities

Communicated with numerous stakeholders to problem solve and coordinate assignments to meet strict product deadlines

Collaborated with outside business partners including signing representatives, agents and/or athletes to coordinate signing sessions within specific deadlines

Maintained and updated off-line databases for tracking signatures and contract performance

Performed purchase order releases for outbound signature shipments and processed daily shipments

Traveled on behalf of the company to acquire autographed content for collectibles and memorabilia product lines

## California State University, Chico
### Assistant Baseball Coach
2006 - 2007 (1 year)
Chico, California Area

Researched and recruited potential players for organization

Researched and developed extensive scouting reports

Developed and managed all aspects of players training

Designed and implemented workout programs to enhance pitching performance

Developed and maintained top ranked pitching staff

## Chico Outlaws Baseball

### Assistant Baseball Coach
2006 - 2007 (1 year)
Chico, California Area

Researched and recruited potential players for organization

Researched and developed extensive scouting reports

Developed and managed all aspects of players training

Designed and implemented workout programs to enhance pitching
performance

Developed and maintained top ranked pitching staff

### Lincoln Pro Baseball - Saltdogs
Professional Baseball Player
2005 - 2006 (1 year)

Performed all duties required of a Professional Baseball Player

Succeeded at highly competitive professional baseball levels

Learned the value of teamwork and the importance of being a strong
teammate

Developed leadership, communication, and social skills in a diverse population

Motivated and positively encouraged teammates by being a strong leader

Developed the necessary physical and mental skills to handle stressful
situations

### Boston Red Sox
Professional Baseball Player
2003 - 2005 (2 years)

Performed all duties required of a Professional Baseball Player

Succeeded at highly competitive professional baseball levels

Learned the value of teamwork and the importance of being a strong
teammate

Developed leadership, communication, and social skills in a diverse population

Motivated and positively encouraged teammates by being a strong leader

Developed the necessary physical and mental skills to handle stressful
situations

### Tampa Bay Rays
Professional Baseball Player
2000 - 2003 (3 years)

Performed all duties required of a Professional Baseball Player

Succeeded at highly competitive professional baseball levels

Learned the value of teamwork and the importance of being a strong
teammate
Developed leadership, communication, and social skills in a diverse population
Motivated and positively encouraged teammates by being a strong leader
Developed the necessary physical and mental skills to handle stressful
situations

California State University, Chico
Student Athlete
August 1997 - May 2000 (2 years 10 months)
Chico, California

NCAA athlete for CSU Chico men's baseball team. Helped lead the team to
win the Division II National Championship in 1999.

_____

## Education

California State University-Chico
Bachelor of Arts - BA, Kinesiology and Exercise Science · (1999 - 2005)

## Contact

www.linkedin.com/in/kurtishawn
(LinkedIn)

## Top Skills

Sports
Management
Sports Management

## Certifications

Social and Behavioral Research

Creating and Giving Business
Presentations

Graduate Research Assistants

# Kurtis Hawn

Manager - Licenses Acquisitions at Panini America
Dallas-Fort Worth Metroplex

## Summary

I am a recent graduate from Southern Methodist University with an interest in working within the world of sports. The appeal of sports marketing and social media has led to my development of skills in data collecting and trend detecting, understanding consumer behaviors, product sales, and the ability to communicate effectively with teammates and other employees about goals and possible ideas.

———

## Experience

### Panini America

1 year 7 months

Manager - Licenses Acquisitions
April 2023 - Present (7 months)
Irving, Texas, United States

Assistant Acquisitions Manager
April 2022 - Present (1 year 7 months)
Irving, Texas, United States

### Allen Americans Professional Hockey Club
Executive Coordinator
September 2021 - April 2022 (8 months)
Allen Event Center

### U90C Sports
Marketing Intern
January 2021 - May 2021 (5 months)
Plano, Texas, United States

Coordinated multiple social media content schedules while also collaborating with full-time staff for content creation. Also, I searched and reviewed for potential sponsorship opportunities.

### Southern Methodist University

1 year 10 months

### Resident Assistant
August 2019 - May 2021 (1 year 10 months)
Dallas, Texas

Through time prioritization and constant communication, I uphold the set standards of the university and Cockrell-McIntosh Commons, and I produce monthly planning for approximately 200 residents and staff.

### Social Media Coordinator
January 2020 - May 2020 (5 months)
Dallas, Texas, United States

I continually update and inform the followers of the SMU Sport Management social media page about sport and student news around SMU's campus while also collecting data and corresponding to interactions.

### Ham Orchards
Department Manager
May 2018 - May 2021 (3 years 1 month)
Terrell, Texas

I led peach sales and the production of ice cream while also analyzing daily sales data and managing in-store employees. I also acted as a social media and departmental manager the past two seasons.

### Academy Sports + Outdoors
Seasonal Sales Associate
November 2020 - January 2021 (3 months)
Terrell, Texas, United States

Managed customer transactions and solved issues related to inventory and pricing across the entirety of the store.

### Parks Sabers
Sales Associate
August 2019 - January 2021 (1 year 6 months)
Forney, Texas

I plan and assemble intricate movie replica items while also managing the transactions of the products at trade shows nationwide.

### SMU Mustangs
Marketing Intern
August 2020 - December 2020 (5 months)
University Park, Texas, United States

———

# Education

### Southern Methodist University

Master of Science - MS, Sport Management · (August 2021 - May 2022)

### Southern Methodist University

Sports Management, Marketing · (2018 - 2021)