# Exhibit G

| | |
|---|---|
| **To:** | Lappas, Malissa[Malissa_Lappas@wwecorp.com] |
| **From:** | Pantaleo, Steven[Steven.Pantaleo@wwecorp.com] |
| **Sent:** | Mon 5/8/2023 11:49:16 AM (UTC-04:00) |
| **Subject:** | Re: Stickers Going Out |

In all likelihood they have been received but not put through the QC process. I can push his payment through if it is an issue.

When I say decimated- Panini had a team of five working on this, there is one guy left and he's the lowest level employee from the old team. It's a brutal situation. Lots of others frustrated

---

**From:** Lappas, Malissa <Malissa.Lappas@wwecorp.com>
**Date:** Monday, May 8, 2023 at 11:38 AM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** Re: Stickers Going Out

What about Matt Bloom? They said on 4/13 that they were received.

Malissa Lappas
Sr Manager, Talent Development Operations
Office:  407.243.4101
Mobile:  203.703.8672

---

**From:** "Pantaleo, Steven" <Steven.Pantaleo@wwecorp.com>
**Date:** Monday, May 8, 2023 at 11:35 AM
**To:** "Lappas, Malissa" <Malissa.Lappas@wwecorp.com>
**Subject:** Re: Stickers Going Out

Hi Malissa,

Panini's staff has been absolutely decimated by a mass migration over to Fanatics. As a result, they have been running significantly behind with this process. The below talents' stickers were just confirmed as received over the weekend. Payment requests will be done today with due date of this Friday.

| |
|---|
| Beth Phoenix |
| Brock Lesnar |
| Brutus Beefcake |
| Don Muraco |
| Edge |
| Greg Valentine |
| Jerry Lawler |
| ==Norman Smiley== |
| Rick Steiner |
| Scott Steiner |
| ==Shawn Michaels== |
| Tatanka |
| The Honky Tonk Man |

| |
|---|
| Wendi Richter |
| Booker T |
| D-Lo Brown |
| Jimmy Hart |
| Kurt Angle |
| Lex Luger |
| Lita |
| Stacy Keibler |
| Torrie Wilson |
| Tyler Breeze |

**From:** Lappas, Malissa <Malissa.Lappas@wwecorp.com>
**Date:** Monday, May 8, 2023 at 11:26 AM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** Re: Stickers Going Out

Any word on the Coaches and Shawn's payments?  I don't see them in the check requests in TMS.

They didn't go out Friday, going out today with the following updates:

Going out today:

- Elton Prince
- Carmelo Hayes
- Fit Finlay
- Charlie Dempsey


I think I have the following left:

- Ava
- Kiana James
- Noam Dar
- Roxanne Perez



Malissa Lappas
Sr Manager, Talent Development Operations
Office:  407.243.4101
Mobile:  203.703.8672

**From:** "Pantaleo, Steven" <Steven.Pantaleo@wwecorp.com>
**Date:** Sunday, May 7, 2023 at 2:45 PM
**To:** "Lappas, Malissa" <Malissa.Lappas@wwecorp.com>

**Subject:** Re: Stickers Going Out

Hi Malissa – use the Irving address. That will get them processed faster (and therefore paid faster 😁)

---

**From:** Lappas, Malissa <Malissa.Lappas@wwecorp.com>
**Date:** Friday, May 5, 2023 at 1:06 PM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** Re: Stickers Going Out

I just realized I have shipping labels with different addresses.  Do I send them to Irving, TX (Alex Carbajal) or to Ft Worth (Inventory Mgmt)?

Malissa Lappas
Sr Manager, Talent Development Operations
Office:  407.243.4101
Mobile:  203.703.8672

---

**From:** "Lappas, Malissa" <Malissa.Lappas@wwecorp.com>
**Date:** Friday, May 5, 2023 at 12:59 PM
**To:** "Pantaleo, Steven" <Steven.Pantaleo@wwecorp.com>
**Subject:** Stickers Going Out

Hi Steve,

Going out today:

- Elton Prince
- Carmelo Hayes
- Fit Finlay

I have the following left, correct me if I'm wrong:

- Ava
- Charlie Dempsy
- Kiana James
- Noam Dar
- Roxanne Perez

I wanted to check on the submission of payments for Matt, Terry, Norman and Shawn (for the large quantity).  I don't see any of them in TMS yet.  Have they been submitted?

Thanks,

Malissa Lappas
Sr Manager, Talent Development Operations
Office:  407.243.4101
Mobile:  203.703.8672