# Exhibit H

**To:** Kahn, Matthew[Matthew.Kahn@wwecorp.com]; Hayes, Cristin[Cristin.Hayes@wwecorp.com]
**Cc:** Lu, Jie[Jie.Lu@wwecorp.com]
**From:** Pantaleo, Steven[Steven.Pantaleo@wwecorp.com]
**Sent:** Wed 5/10/2023 10:55:34 AM (UTC-04:00)
**Subject:** Re: Forecast on Panini Autos

Hi Matt,

Revolution has shifted slightly. It is now slated for 5/22. Moreover, as Panini's staff has recently undergone a mass exodus, they are operating extremely lean. As a result, we are seeing a major lag between the time in which we ship completed autographs to Panini's inventory management center and when autographs are actually counted, QC'd and processed. As an example, there are autographs that we have tracked as being sent to Panini on 4/11 that I still have not seen on a P.O.

That said, I believe it is safe to assume the Revolution revenue will come in May. I will be invoicing Panini for amounts of $193K and $139K before the end of this week and I expect a PO for another large amount to hit my inbox tomorrow.

The expectation for Select is still the same.

Thanks,
Steve