# Exhibit I

**To:** Vitucci, Frank[frank.vitucci@wwecorp.com]
**From:** Pantaleo, Steven[Steven.Pantaleo@wwecorp.com]
**Sent:** Wed 5/17/2023 9:55:10 AM (UTC-04:00)
**Subject:** Re: panini elite remaining list?

Waiting on two remaining subsets. Hopefully this week. Panini has been including several people based on direct deals, which has been kiboshed. Also, we had to remove a few Legends from the program to due refusal and/or inability to sign. That is why things got delayed. That…and the mass exodus of Panini staff.

---

**From:** Vitucci, Frank <frank.vitucci@wwecorp.com>
**Date:** Tuesday, May 16, 2023 at 1:03 PM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** Re: panini elite remaining list?

Hi Steve

Any update on when we will receive the remaining list for Panini Elite?

---

**From:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Date:** Tuesday, April 18, 2023 at 12:33 PM
**To:** Vitucci, Frank <frank.vitucci@wwecorp.com>
**Subject:** Re: panini elite remaining list?

Hi Frank – I have not but I will remind them.

Major, major upheaval with Panini staff going on lately. Still business as usual for you and I but if anything shifts I will let oyu know.

---

**From:** Vitucci, Frank <frank.vitucci@wwecorp.com>
**Date:** Tuesday, April 18, 2023 at 8:15 AM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** panini elite remaining list?

Hi Steve

Did you ever receive the remaining list for Panini Elite? I know you mentioned that we should be receiving the remaining list by the middle of April so I wanted to follow up

Thank you