# Exhibit J

**To:** Aitchison, Sue[Sue.Aitchison@wwecorp.com]
**From:** Pantaleo, Steven[Steven.Pantaleo@wwecorp.com]
**Sent:** Mon 5/8/2023 11:40:21 AM (UTC-04:00)
**Subject:** Re: Mike Rotunda

Hi Sue,

Panini's staff has been absolutely decimated by a mass migration over to Fanatics. As a result, they have been running significantly behind with this process. The below were just confirmed as being received over the weekend. Payment requests will be done today with due date of this Friday.

I'm sure that Rotundo's have been received but with so few employees, they can only process so many shipments at a time.

| |
|---|
| Beth Phoenix |
| Brock Lesnar |
| Brutus Beefcake |
| Don Muraco |
| Edge |
| Greg Valentine |
| Jerry Lawler |
| Norman Smiley |
| Rick Steiner |
| Scott Steiner |
| Shawn Michaels |
| Tatanka |
| The Honky Tonk Man |
| Wendi Richter |
| Booker T |
| D-Lo Brown |
| Jimmy Hart |
| Kurt Angle |
| Lex Luger |
| Lita |
| Stacy Keibler |
| Torrie Wilson |
| Tyler Breeze |

**From:** Aitchison, Sue <Sue.Aitchison@wwecorp.com>
**Date:** Monday, May 8, 2023 at 11:13 AM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** Mike Rotunda

H Steve, Mike Rotunda is asking to confirm that you did receive his stickers and if payment was made. He has been out of town and wanted to make sure if the check was mailed, it wasn't misplaced or lost.

Thank you

Sue



Susan Aitchison
Sr. Director Talent Relations
Office-203-353-2890
Mobile-203-912-3299