# Exhibit L

**To:**     Sarah.Cummins@wwecorp.com[Sarah.Cummins@wwecorp.com]; Hayes, Cristin[Cristin.Hayes@wwecorp.com]
**Cc:**     D. J. Kazmierczak[djkazmierczak@paniniamerica.net]; Stephanie Carlson[scarlson@paniniamerica.net]; Brian Bayne[bbayne@paniniamerica.net]; Alex Carbajal[acarbajal@paniniamerica.net]
**From:**     Nick Matijevich[nmatijevich@paniniamerica.net]
**Sent:**     Fri 11/5/2021 6:15:30 PM (UTC-04:00)
**Subject:**     WWE/Panini Call Follow-Up
Panini Trading Card Development Process_21.docx
2022 WWE SKU Plan.xlsx
Preliminary 2022 WWE Deal Sheet.xlsx
Preliminary WWE Prizm Base Checklist.xlsx

Sarah and Cristin – thanks again for the time on Wednesday. Attached you will find the info that you requested during the call, providing some insight into our business and our plans for next year:

- Summary of our trading card development process/timelines
- Preliminary 2022 product calendar, noting targeted ship dates and intended SKUs
- Targeted autograph deal breakout (as discussed, if you could provide some feedback as to whether or not we'll be in-line with Superstar expectations – whether too low or too high – on a case by case basis, it would be greatly appreciated)
  - Please note that we would be able to start having stickers signed once a deal is confirmed, as we always have those on hand – we could break these into multiple sessions, to keep from overwhelming Superstars in their initial session, although we could also execute all of them at once, if someone prefers to do so
  - For the on-card programs, our expectation is that the initial batch of cards would be ready to send in late June/early July (Grand Slam), with the second batch being ready in late September/early October (Immaculate)
    - For any multi-year deals, the on-card totals would be broken up over the term of the agreement, and wouldn't all be fulfilled in the sessions for our 2022 plans
    - For any 18 month deals, the expectation is that we would have most items signed before the end of this year, at which point we would come back for additional deals in late 2022, or early 2023, to take care of our on-card and sticker needs for 2023
  - As far as the memorabilia ask, while we'd prefer "match worn" items, if that simply isn't possible, we would be okay with "Superstar worn" items, which they could simply try on at signings
- Preliminary base set checklist for Prizm
  - Please note that we haven't built anything out here, but this gives you an idea of what we'd be looking at on a collection like this

Please let us know if you have any questions, or need any additional information at this time, and we'll go from there.

Additionally, we'll keep an eye out for the requests on the follow-up meetings we discussed, so that we can begin work on Prizm as soon as possible.

Best Regards,
Nick

| | | Ship Date | | | | | | AOP | | Current | Hobby | Retail | Online | China T-Mall | 1st Off the Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2021 Prizm UFC** | Jumbo Hobby | 4/28/2021 | $12.50 | $103.00 | $1,236.00 | 12c/12p/12b | 275 | $339,900.00 | 688 | $850,368.00 | $850,368.00 | | | | |
| | Jumbo Hobby Direct | 4/28/2021 | $12.50 | $114.00 | $1,368.00 | 12c/12p/12b | 75 | $102,600.00 | 150 | $205,200.00 | $205,200.00 | | | | |
| | Jumbo Hobby Overseas | 4/28/2021 | $12.50 | $103.00 | $1,236.00 | 12c/12p/12b | 25 | $30,900.00 | 100 | $123,600.00 | | | $123,600.00 | | |
| | iCollect | 4/28/2021 | $12.50 | $150.00 | $1,800.00 | 12c/12p/12b | 25 | $45,000.00 | 50 | $90,000.00 | | | $90,000.00 | | |
| | NPP Blaster | 4/28/2021 | $3.33 | $9.50 | $190.00 | 4c/6p/20b | 1000 | $190,000.00 | 3,500 | $665,000.00 | | $665,000.00 | | | |
| | Excell Blaster | 4/28/2021 | $3.33 | $9.00 | $180.00 | 4c/6p/20b | 500 | $90,000.00 | 1,200 | $216,000.00 | | $216,000.00 | | | |
| | Panini Asia Lucky Envelopes | 4/28/2021 | $100.00 | $950.00 | $5,700.00 | 2c/10p/6b | 13 | $74,100.00 | 13 | $74,100.00 | | | | $74,100.00 | |
| | Premium Box Set | 4/28/2021 | $400.00 | $400.00 | $400.00 | 201c/1p/1b | 99 | $39,600.00 | 99 | $39,600.00 | $39,600.00 | | | | |
| | NPP Retail | 4/28/2021 | $2.99 | $36.00 | $720.00 | 4c/24p/20b | 1000 | $720,000.00 | 1,000 | $720,000.00 | | $720,000.00 | | | |
| | | | | | | | | $1,632,100.00 | | $2,983,868.00 | | | | | |
| **2021 Select UFC** | Hobby | 7/21/2021 | $12.50 | $103.00 | $1,236.00 | 5c/12p/12b | 300 | $370,800.00 | 560 | $692,160.00 | $692,160.00 | | | | |
| | Direct | 7/21/2021 | $12.50 | $114.00 | $1,368.00 | 5c/12p/12b | 75 | $102,600.00 | 75 | $102,600.00 | $102,600.00 | | | | |
| | Hobby Overseas | 7/21/2021 | $12.50 | $103.00 | $1,236.00 | 5c/12p/12b | 25 | $30,900.00 | 150 | $185,400.00 | $185,400.00 | | | | |
| | iCollect | 7/21/2021 | $12.50 | $150.00 | $1,800.00 | 5c/12p/12b | 50 | $90,000.00 | 40 | $72,000.00 | $72,000.00 | | | | |
| | Panini Asia Lucky Envelopes | 7/21/2021 | $100.00 | $950.00 | $5,700.00 | 2c/10p/6b | 19 | $108,300.00 | 19 | $108,300.00 | | | | $108,300.00 | |
| | Hobby H2 | 7/21/2021 | $15.00 | $36.00 | $720.00 | 6c/4p/20b | 1,750 | $1,260,000.00 | 1,750 | $1,260,000.00 | $1,260,000.00 | | | | |
| | | | | | | | | $1,962,600.00 | | $2,420,460.00 | | | | | |
| **2021 Chronicles UFC** | Hobby | 9/1/2021 | $12.50 | $103.00 | $1,074.00 | 10c/12p/12b | 700 | $751,800.00 | 700 | $751,800.00 | $751,800.00 | | | | |
| | Direct | 9/1/2021 | $12.50 | $114.00 | $1,188.00 | 10c/12p/12b | 125 | $148,500.00 | 125 | $148,500.00 | $148,500.00 | | | | |
| | Hobby Overseas | 9/1/2021 | $12.50 | $103.00 | $1,074.00 | 10c/12p/12b | 250 | $268,500.00 | 250 | $268,500.00 | $268,500.00 | | | | |
| | iCollect Hobby | 9/1/2021 | $12.50 | $150.00 | $1,566.00 | 10c/12p/12b | 100 | $156,600.00 | 100 | $156,600.00 | | | $156,600.00 | | |
| | NPP Blaster | 9/1/2021 | $3.12 | $12.00 | $240.00 | 5c/8p/20b | 5,200 | $1,248,000.00 | 5,200 | $1,248,000.00 | | $1,248,000.00 | | | |
| | Excell Blaster | 9/1/2021 | $3.33 | $11.00 | $220.00 | 5c/8p/20b | 2,000 | $440,000.00 | 2,000 | $440,000.00 | | $440,000.00 | | | |
| | | | | | | | | $3,013,400.00 | | $3,013,400.00 | | | | | |
| **2021 Immaculate UFC** | Hobby | 11/29/2021 | $300.00 | $205.50 | $1,028.00 | 6c/1p/5b | 1,000 | $1,028,000.00 | 1,000 | $1,028,000.00 | $1,028,000.00 | | | | |
| | Direct | 11/29/2021 | $300.00 | $228.00 | $1,140.00 | 6c/1p/5b | 175 | $199,500.00 | 175 | $199,500.00 | $199,500.00 | | | | |
| | Hobby Overseas | 11/29/2021 | $300.00 | $205.50 | $1,028.00 | 6c/1p/5b | 200 | $205,600.00 | 200 | $205,600.00 | $205,600.00 | | | | |
| | iCollect | 11/29/2021 | $300.00 | $300.00 | $1,500.00 | 6c/1p/5b | 100 | $150,000.00 | 100 | $150,000.00 | | | $150,000.00 | | |
| | | | | | | | | $1,583,100.00 | | $1,583,100.00 | | | | | |
| **4 Programs** | | | | | | | | **$8,191,200.00** | | **$10,000,828.00** | $6,009,228.00 | $3,289,000.00 | $520,200.00 | $182,400.00 | $ - |

| Brand | SKU | Dist. | Ship Date | Pack SRP | Box SRP | Config | Notes |
|---|---|---|---|---|---|---|---|
| **2022 Prizm WWE** | Hobby | Hobby | 3/28/2022 | $ 12.50 | $ 150.00 | 12c/12p/12b | |
| | Premium Box Set | Hobby | 3/28/2022 | $ 200.00 | $ 200.00 | 201c/1p/1b | |
| | NPP Blaster | Retail | 4/6/2022 | $ 5.00 | $ 30.00 | 4c/6p/20b | |
| | Excell Blaster | Retail | 4/6/2022 | $ 5.00 | $ 30.00 | 4c/6p/20b | |
| | NPP Mega Pack | Retail | 4/6/2022 | $ 14.99 | $ 14.99 | 15c/12p/20b | *Sold as a single pack at Retail |
| | Excell Mega Pack | Retail | 4/6/2022 | $ 14.99 | $ 14.99 | 15c/12p/20b | *Sold as a single pack at Retail |
| **2022 Revolution WWE** | Hobby | Hobby | 5/9/2022 | $ 9.50 | $ 76.00 | 5c/8p/8b/2ic | |
| | Chinese New Year | Retail | 5/9/2022 | $ 3.00 | $ 36.00 | 5c/12p/8b | *Sold exclusively in China - would release roughly 30 days after ship |
| **2022 Select WWE** | Hobby | Hobby | 6/20/2022 | $ 12.50 | $ 150.00 | 5c/12p/12b | |
| | NPP Blaster | Retail | 6/29/2022 | $ 5.00 | $ 30.00 | 4c/6p/20b | |
| | Excell Blaster | Retail | 6/29/2022 | $ 5.00 | $ 30.00 | 4c/6p/20b | |
| **2022 NXT** | Hobby | Hobby | 8/1/2022 | $ 3.00 | $ 72.00 | 8c/24p/12b | |
| | NPP Blaster | Retail | 8/10/2022 | $ 1.82 | $ 19.99 | 8c/11p/20b | |
| | Excell Blaster | Retail | 8/10/2022 | $ 1.82 | $ 19.99 | 8c/11p/20b | |
| **2022 Grand Slam WWE** | Hobby | Hobby | 9/12/2022 | $ 200.00 | $ 200.00 | 5c/1p/12b | |
| **2022 Chronicles WWE** | Hobby | Hobby | 10/24/2022 | $ 21.67 | $ 130.00 | 8c/6p/12b | |
| | NPP Blaster | Retail | 11/2/2022 | $ 3.12 | $ 24.99 | 5c/8p/20b | |
| | Excell Blaster | Retail | 11/2/2022 | $ 3.12 | $ 24.99 | 5c/8p/20b | |
| **2022 Immaculate WWE** | Hobby | Hobby | 12/5/2022 | $ 300.00 | $ 300.00 | 6c/1p/5b | |