# Exhibit M

**To:** Pantaleo, Steven[Steven.Pantaleo@wwecorp.com]
**Cc:** Scott Utley[sutley@paniniamerica.net]
**From:** Lucas Kinser[lkinser@paniniamerica.net]
**Sent:** Fri 12/16/2022 4:16:48 PM (UTC-05:00)
**Subject:** RE: 2022 Ship Calendar - Weekly Update
Copy of 2022 and 2023 WWE Release Calendar - 12-16.xlsx

Good afternoon Steven,

Attached the release calendar info for all 2022 and 2023 products. Please let me know if this works.

**Thanks,**

**Lucas Kinser | NBA/UFC/WWE/WNBA Brand Manager**
**Panini America, Inc.**

Direct: 817.662.5169 | Cell: (214) 686-2238
5325 FAA Blvd | Suite 100 | Irving, TX 75061



---

**From:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Sent:** Friday, December 16, 2022 11:32 AM
**To:** Lucas Kinser <lkinser@paniniamerica.net>
**Cc:** Scott Utley <sutley@paniniamerica.net>
**Subject:** Re: 2022 Ship Calendar - Weekly Update

2022 is fine. I have the sheet printed out at work but I am home right now and Cristin needs it

Sent from my iPhone


On Dec 16, 2022, at 12:16 PM, Lucas Kinser <lkinser@paniniamerica.net> wrote:


**[EXTERNAL EMAIL]**
Not sure, do you have an older copy of that sheet? I can update it with the 2023 info for you

**From:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Sent:** Friday, December 16, 2022 11:01 AM
**To:** Lucas Kinser <lkinser@paniniamerica.net>; Scott Utley <sutley@paniniamerica.net>
**Subject:** Re: 2022 Ship Calendar - Weekly Update

Hi Lucas  - do you have the one that breaks it out by set?

**From:** Lucas Kinser <lkinser@paniniamerica.net>
**Date:** Friday, December 16, 2022 at 11:57 AM
**To:** Scott Utley <sutley@paniniamerica.net>, Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** RE: 2022 Ship Calendar - Weekly Update

**[EXTERNAL EMAIL]**
Sure, here's the SRPs:

Hobby -                              $12.50/pack, $150/box, $1,800/case
Hobby Undercard -            $12.50/pack, $125/box, $2,500/case
Panini Asia Lucky Envelopes -    $150/pack, $1,500/box, $9,000/case

**From:** Scott Utley <sutley@paniniamerica.net>
**Sent:** Friday, December 16, 2022 10:51 AM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>; Lucas Kinser <lkinser@paniniamerica.net>
**Subject:** Re: 2022 Ship Calendar - Weekly Update

Lucas, can you help Steven out here? He's looking for the ship calendar with pack / case / box specific pricing.

---

**From:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Sent:** Friday, December 16, 2022, 10:37 AM
**To:** Scott Utley <sutley@paniniamerica.net>
**Subject:** Re: 2022 Ship Calendar - Weekly Update

Are all those prices by pack? Do you have the prices by case/box?

---

**From:** Scott Utley <sutley@paniniamerica.net>
**Date:** Friday, December 16, 2022 at 11:33 AM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** Re: 2022 Ship Calendar - Weekly Update

**[EXTERNAL EMAIL]**

Hobby / Retail

---

**From:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Sent:** Friday, December 16, 2022 10:32:32 AM
**To:** Scott Utley <sutley@paniniamerica.net>
**Subject:** Re: 2022 Ship Calendar - Weekly Update

Not exactly but I think I could work with that. What do H and H/R mean?

---

**From:** Scott Utley <sutley@paniniamerica.net>
**Date:** Friday, December 16, 2022 at 11:28 AM
**To:** Pantaleo, Steven <Steven.Pantaleo@wwecorp.com>
**Subject:** Fwd: 2022 Ship Calendar - Weekly Update

**[EXTERNAL EMAIL]**

Is this what you're looking for?

| Product | Item | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 2022 WWE Prizm | Jumbo Hobby | 3/28/2022 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 12c/12p/12b | 1,100 |
| | Jumbo Hobby Direct | 3/28/2022 | $12.50 | $150.00 | $1,800.00 | $114.00 | $1,368.00 | 12c/12p/12b | 100 |
| | Jumbo Hobby Overseas | 3/28/2022 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 12c/12p/12b | 50 |
| | iCollect Hobby | 3/28/2022 | $12.50 | $150.00 | $1,800.00 | $150.00 | $1,800.00 | 12c/12p/12b | 50 |
| | Hobby 1st Off the Line | 4/6/2022 | $12.50 | $150.00 | $1,800.00 | $150.00 | $1,800.00 | 12c/12p/12b | 100 |
| | Premium Box Set | 4/6/2022 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | 201c/1p/1b | 199 |
| | NPP Blaster | 4/6/2022 | $5.00 | $30.00 | $600.00 | $14.50 | $290.00 | 4c/6p/20b | 7,000 |
| | NPP Hanger Pack | 4/6/2022 | $15.00 | $240.00 | $960.00 | $114.00 | $456.00 | 15c/16p/4b | 4,690 |
| | Excell Blaster | 4/6/2022 | $5.00 | $30.00 | $600.00 | $13.50 | $270.00 | 4c/6p/20b | 1,750 |
| | Excell Hanger Pack | 4/6/2022 | $15.00 | $240.00 | $960.00 | $109.50 | $438.00 | 15c/16p/4b | 752 |
| | Panini Asia Lucky Envelopes | 4/6/2022 | $150.00 | $1,500.00 | $9,000.00 | $750.00 | $4,500.00 | 2c/10p/6b | 13 |
| 2022 WWE Revolution | Hobby | 5/9/2022 | $9.50 | $76.00 | $1,216.00 | $52.50 | $840.00 | 5c/8p/8b/2ic | 1,600 |
| | Hobby Direct | 5/9/2022 | $9.50 | $76.00 | $1,216.00 | $58.00 | $928.00 | 5c/8p/8b/2ic | 175 |
| | Hobby Overseas | 5/9/2022 | $9.50 | $76.00 | $1,216.00 | $52.50 | $840.00 | 5c/8p/8b/2ic | 250 |
| | iCollect Hobby | 5/9/2022 | $9.50 | $76.00 | $1,216.00 | $76.00 | $1,216.00 | 5c/8p/8b/2ic | 50 |
| 2022 WWE Select | Hobby | 6/20/2022 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 5c/12p/12b | 2,200 |
| | Hobby Direct | 6/20/2022 | $12.50 | $150.00 | $1,800.00 | $114.00 | $1,368.00 | 5c/12p/12b | 185 |
| | Hobby Overseas | 6/20/2022 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 5c/12p/12b | 375 |
| | iCollect Hobby | 6/20/2022 | $12.50 | $150.00 | $1,800.00 | $150.00 | $1,800.00 | 5c/12p/12b | 50 |
| | NPP Blaster | 6/29/2022 | $4.28 | $25.68 | $308.16 | $12.50 | $250.00 | 4c/6p/20b | 2,000 |
| | Excell Blaster | 6/29/2022 | $4.28 | $25.68 | $308.16 | $12.50 | $240.00 | 4c/6p/20b | 2,000 |
| | Panini Asia | 6/29/2022 | $5.00 | $60.00 | $720.00 | $57.00 | $684.00 | 5c/12p/12b | 500 |
| | Panini Asia Lucky Envelopes | 6/29/2022 | $150.00 | $1,500.00 | $9,000.00 | $1,425.00 | $8,550.00 | 2c/10p/6b | 19 |
| | NPP Blaster Hobby | 6/29/2022 | $4.28 | $25.68 | $308.16 | $13.00 | $260.00 | 4c/6p/20b | 300 |
| 2022 WWE NXT | Hobby | 8/1/2022 | $3.00 | $72.00 | $864.00 | $49.50 | $594.00 | 8c/24p/12b | 800 |
| | Hobby Direct | 8/1/2022 | $3.00 | $72.00 | $864.00 | $55.00 | $660.00 | 8c/24p/12b | 100 |
| | Hobby Overseas | 8/1/2022 | $3.00 | $72.00 | $864.00 | $49.50 | $594.00 | 8c/24p/12b | 150 |
| | iCollect Hobby | 8/1/2022 | $3.00 | $72.00 | $864.00 | $72.00 | $864.00 | 8c/24p/12b | 25 |
| | NPP Blaster | 8/10/2022 | $3.33 | $19.98 | $399.60 | $9.50 | $190.00 | 15c/6p/20b | 1,000 |
| | Excell Blaster | 8/10/2022 | $3.33 | $19.98 | $399.60 | $9.50 | $190.00 | 15c/6p/20b | 1,000 |
| 2022 WWE Impeccable | Hobby | 9/12/2022 | $500.00 | $500.00 | $1,500.00 | $342.50 | $1,027.50 | 9c/1p/3b | 900 |
| | Hobby Direct | 9/12/2022 | $500.00 | $500.00 | $1,500.00 | $380.00 | $1,140.00 | 9c/1p/3b | 200 |
| | Hobby Overseas | 9/12/2022 | $500.00 | $500.00 | $1,500.00 | $342.50 | $1,027.50 | 9c/1p/3b | 275 |
| | iCollect Hobby | 9/12/2022 | $500.00 | $500.00 | $1,500.00 | $500.00 | $1,500.00 | 9c/1p/3b | 85 |
| | 1st Off the Line | 9/12/2022 | $500.00 | $500.00 | $1,500.00 | $500.00 | $1,500.00 | 9c/1p/3b | 115 |
| 2022 WWE Chronicles | Hobby | 10/24/2022 | $21.67 | $130.02 | $1,560.24 | $89.50 | $1,074.00 | 8c/6p/12b | 1,000 |
| | Hobby Direct | 10/24/2022 | $21.67 | $130.02 | $1,560.24 | $99.00 | $1,188.00 | 8c/6p/12b | 150 |
| | Hobby Overseas | 10/24/2022 | $21.67 | $130.02 | $1,560.24 | $89.50 | $1,074.00 | 8c/6p/12b | 250 |
| | iCollect Hobby | 10/24/2022 | $21.67 | $130.02 | $1,560.24 | $130.50 | $1,566.00 | 8c/6p/12b | 100 |
| | NPP Blaster | 11/2/2022 | $4.16 | $24.96 | $299.52 | $12.00 | $240.00 | 7c/6p/20b | 3,000 |
| | Excell Blaster | 11/2/2022 | $4.16 | $24.96 | $299.52 | $11.50 | $230.00 | 7c/6p/20b | 2,000 |
| 2022 WWE Immaculate | Hobby | 1/30/2023 | $300.00 | $300.00 | $1,500.00 | $205.50 | $1,027.50 | 6c/1p/5b | 1,300 |
| | Hobby Direct | 1/30/2023 | $300.00 | $300.00 | $1,500.00 | $228.00 | $1,140.00 | 6c/1p/5b | 200 |
| | Hobby Overseas | 1/30/2023 | $300.00 | $300.00 | $1,500.00 | $205.50 | $1,027.50 | 6c/1p/5b | 250 |
| | iCollect Hobby | 1/30/2023 | $300.00 | $300.00 | $1,500.00 | $300.00 | $1,500.00 | 6c/1p/5b | 100 |
| | 1st Off the Line | 1/30/2023 | $300.00 | $300.00 | $1,500.00 | $300.00 | $1,500.00 | 6c/1p/5b | 100 |

## 2023 WWE Prizm

| | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|
| Jumbo Hobby | 3/20/2023 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 12c/12p/12b | 1,250 |
| Jumbo Hobby Direct | 3/20/2023 | $12.50 | $150.00 | $1,800.00 | $114.00 | $1,368.00 | 12c/12p/12b | 275 |
| Jumbo Hobby Overseas | 3/20/2023 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 12c/12p/12b | 225 |
| iCollect Hobby | 3/20/2023 | $12.50 | $150.00 | $1,800.00 | $150.00 | $1,800.00 | 12c/12p/12b | 75 |
| Hobby 1st Off the Line | 3/20/2023 | $12.50 | $150.00 | $1,800.00 | $150.00 | $1,800.00 | 12c/12p/12b | 100 |
| Hobby Under Card | 3/29/2023 | $12.50 | $150.00 | $1,800.00 | $62.50 | $1,250.00 | 9c/10p/20b | 450 |
| iCollect Hobby Under Card | 3/29/2023 | $12.50 | $150.00 | $1,800.00 | $125.00 | $2,500.00 | 9c/10p/20b | 50 |
| Panini Asia Lucky Envelopes | 4/5/2023 | $150.00 | $1,500.00 | $9,000.00 | $750.00 | $8,550.00 | 2c/10p/6b | 13 |
| Premium Box Set | 3/29/2023 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | 201c/1p/1b | 199 |
| NPP Blaster | 3/29/2023 | $5.00 | $30.00 | $600.00 | $14.50 | $290.00 | 4c/6p/20b | 6,000 |
| Excell Blaster | 3/29/2023 | $5.00 | $30.00 | $600.00 | $13.50 | $270.00 | 4c/6p/20b | 1,750 |

## 2023 WWE Revolution

| | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|
| Hobby | 5/8/2023 | $9.50 | $76.00 | $1,216.00 | $52.50 | $840.00 | 5c/8p/8b/2ic | 1,250 |
| Hobby Direct | 5/8/2023 | $9.50 | $76.00 | $1,216.00 | $58.00 | $928.00 | 5c/8p/8b/2ic | 275 |
| Hobby Overseas | 5/8/2023 | $9.50 | $76.00 | $1,216.00 | $52.50 | $840.00 | 5c/8p/8b/2ic | 250 |
| iCollect Hobby | 5/8/2023 | $9.50 | $76.00 | $1,216.00 | $76.00 | $1,216.00 | 5c/8p/8b/2ic | 50 |

## 2023 WWE Select

| | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|
| Hobby | 7/17/2023 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 5c/12p/12b | 1,350 |
| Hobby Direct | 7/17/2023 | $12.50 | $150.00 | $1,800.00 | $114.00 | $1,368.00 | 5c/12p/12b | 250 |
| Hobby Overseas | 7/17/2023 | $12.50 | $150.00 | $1,800.00 | $103.00 | $1,236.00 | 5c/12p/12b | 450 |
| iCollect Hobby | 7/17/2023 | $12.50 | $150.00 | $1,800.00 | $150.00 | $1,800.00 | 5c/12p/12b | 65 |
| Hobby 1st Off the Line | 7/17/2023 | $12.50 | $150.00 | $1,800.00 | $150.00 | $1,800.00 | 5c/12p/12b | 100 |
| Panini Asia | 8/4/2023 | $5.00 | $60.00 | $720.00 | $57.00 | $684.00 | 5c/12p/12b | 500 |
| Panini Asia Lucky Envelopes | 8/4/2023 | $150.00 | $1,500.00 | $9,000.00 | $1,425.00 | $8,550.00 | 2c/10p/6b | 19 |
| NPP Blaster | 7/26/2023 | $4.28 | $25.68 | $308.16 | $12.50 | $250.00 | 4c/6p/20b | 2,000 |
| Excell Blaster | 7/26/2023 | $4.28 | $25.68 | $308.16 | $12.00 | $240.00 | 4c/6p/20b | 2,000 |

## 2023 WWE Donruss Elite

| | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|
| Hobby | 9/6/2023 | $7.50 | $150.00 | $1,800.00 | $103.00 | $594.00 | 8c/20p/12b | 842 |
| Hobby Direct | 9/6/2023 | $7.50 | $150.00 | $1,800.00 | $114.00 | $660.00 | 8c/20p/12b | 100 |
| Hobby Overseas | 9/6/2023 | $7.50 | $150.00 | $1,800.00 | $103.00 | $594.00 | 8c/20p/12b | 150 |
| iCollect Hobby | 9/6/2023 | $7.50 | $150.00 | $1,800.00 | $150.00 | $864.00 | 8c/20p/12b | 50 |
| NPP Blaster | 9/15/2023 | $4.00 | $24.00 | $480.00 | $11.50 | $190.00 | 4c/6p/20b | 3,390 |
| Excell Blaster | 9/15/2023 | $4.00 | $24.00 | $480.00 | $11.00 | $190.00 | 4c/6p/20b | 1,000 |

## 2023 WWE Impeccable

| | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|
| Hobby | 10/9/2023 | $500.00 | $500.00 | $1,500.00 | $342.50 | $1,028.00 | 9c/1p/3b | 1,700 |
| Hobby Direct | 10/9/2023 | $500.00 | $500.00 | $1,500.00 | $380.00 | $1,140.00 | 9c/1p/3b | 200 |
| Hobby Overseas | 10/9/2023 | $500.00 | $500.00 | $1,500.00 | $342.50 | $1,028.00 | 9c/1p/3b | 275 |
| iCollect Hobby | 10/9/2023 | $500.00 | $500.00 | $1,500.00 | $500.00 | $1,500.00 | 9c/1p/3b | 85 |
| 1st Off the Line | 10/9/2023 | $500.00 | $500.00 | $1,500.00 | $500.00 | $1,500.00 | 9c/1p/3b | 115 |

## 2023 WWE Chronicles

| | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|
| Hobby | 11/13/2023 | $21.67 | $130.02 | $1,560.24 | $89.50 | $1,074.00 | 8c/6p/12b | 1,100 |
| Hobby Direct | 11/13/2023 | $21.67 | $130.02 | $1,560.24 | $99.00 | $1,188.00 | 8c/6p/12b | 200 |
| Hobby Overseas | 11/13/2023 | $21.67 | $130.02 | $1,560.24 | $89.50 | $1,074.00 | 8c/6p/12b | 200 |
| iCollect Hobby | 11/13/2023 | $21.67 | $130.02 | $1,560.24 | $130.50 | $1,566.00 | 8c/6p/12b | 50 |
| NPP Blaster | 11/27/2023 | $4.16 | $24.96 | $299.52 | $12.00 | $240.00 | 7c/6p/20b | 3,000 |
| Excell Blaster | 12/1/2023 | $4.16 | $24.96 | $299.52 | $11.50 | $230.00 | 7c/6p/20b | 2,000 |

## 2023 WWE Immaculate

| | Ship Date | Pack SRP | Box SRP | Case SRP | Box Wholesale | Case Wholesale | Configuration | Case Quantity |
|---|---|---|---|---|---|---|---|---|
| Hobby | 12/18/2023 | $300.00 | $300.00 | $1,500.00 | $205.50 | $1,027.50 | 6c/1p/5b | 1,511 |
| Hobby Direct | 12/18/2023 | $300.00 | $300.00 | $1,500.00 | $228.00 | $1,140.00 | 6c/1p/5b | 300 |
| Hobby Overseas | 12/18/2023 | $300.00 | $300.00 | $1,500.00 | $205.50 | $1,027.50 | 6c/1p/5b | 350 |
| iCollect Hobby | 12/18/2023 | $300.00 | $300.00 | $1,500.00 | $300.00 | $1,500.00 | 6c/1p/5b | 100 |
| 1st Off the Line | 12/18/2023 | $300.00 | $300.00 | $1,500.00 | $300.00 | $1,500.00 | 6c/1p/5b | 100 |